**NOT FOR PUBLICATION**

UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT



| | |
|---|---|
| SANDRA WINEFRED FOLCHI GODOY,<br><br>           Petitioner,<br><br>v.<br><br>LORETTA E. LYNCH, Attorney General,<br><br>           Respondent. | No. 13-70800<br><br>Agency No. A035-231-920<br><br>MEMORANDUM[*] |

On Petition for Review of an Order of the
Board of Immigration Appeals

Submitted June 7, 2016[**]
Pasadena, California

Before: GOULD, MELLOY[***], and HURWITZ, Circuit Judges.

Sandra Winefred Folchi Godoy petitions for review of the Board of

Immigration Appeals' (BIA's) summary affirmance without opinion of an

---

[*]     This disposition is not appropriate for publication and is not precedent except as provided by 9th Cir. R. 36-3.

[**]     The panel unanimously concludes this case is suitable for decision without oral argument. *See* Fed. R. App. P. 34(a)(2).

[***]     The Honorable Michael J. Melloy, Senior Circuit Judge for the U.S. Court of Appeals for the Eighth Circuit, sitting by designation.

Immigration Judge's decision denying asylum, withholding of removal, and Convention Against Torture relief. Godoy did not raise before the BIA any of the issues she raises here. "[F]ailure to raise an issue in an appeal to the BIA constitutes a failure to exhaust remedies with respect to that question and deprives this court of jurisdiction to hear the matter." *Zara v. Ashcroft*, 383 F.3d 927, 930 (9th Cir. 2004) (quoting *Vargas v. U.S. Dep't of Immigration & Naturalization*, 831 F.2d 906, 907–08 (9th Cir. 1987)).

**DISMISSED** for lack of jurisdiction.